```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LIJUN GENG, on behalf of himself and on
behalf of others similarly situated,

                      Plaintiff,

        - against -

SHU HAN JU RESTAURANT II CORP, d/b/a
Hui Fu Chinese Cuisine, d/b/a Shu Han Ju, et
al.,

                      Defendants.
-------------------------------------------------------------X

18-cv-12220 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      For the reasons stated in the parties' joint letter of May 7, 2020 (Dkt. 78), Plaintiff may publish a notice of pendency via social media. The parties shall meet and confer as to the form of notice and the social media on which the notice will be posted, and submit their proposal to the Court by May 25, 2020.

                                       SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated:       May 11, 2020
                New York, New York

Copies transmitted to all counsel of record.