# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

May 25, 2020

*VIA* ECF
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2020
```

**Re: Plaintiffs Request One Day Extension to Submit Notice of Pendency Publication Proposal**
18-cv-12220-PAE-RWL *Geng v. Shu Han Ju Restaurant II Corp et al*

Dear Hon. Judge Lehrburger:

    This office represents Plaintiffs in the above referenced matter. We write respectfully to request an extension of time until May 25, 2020 to file a Notice of Pendency Publication Proposal to be posted on Social Media.

    On May 7, 2020, Plaintiffs and jointly with the Defendants Shu Han Ju Restaurant II Corp., Shu Han Ju Restaurant LLC, Tai Hung Chiu and John Hwang (collectively, the "Appearing Defendants") submitted a Joint Letter regarding remedies for nonproduction of collective contact information and Your Honor has ordered to file a Notice of Pendency publication proposal to the Court by May 25, 2020.

    On May 18, 2020, Plaintiffs have proposed to form a short form of Notice of Pendency in poster format to be published via Wechat social media. On May 18, 2020, the Defendants agreed to Plaintiffs proposal. On May 23, Plaintiffs have formed the short form of Notice of Pendency in poster format in Mandarin and have the Defendants review it. But due to weekend and the Memorial Day, the Defendants have not yet reviewed the proposed Notice of Pendency and reply back to the Plaintiffs.

    For this foregoing reasons Plaintiffs respectfully request to extend time until May 26, 2020 file a supplement letter pursuant to the Your Honor's Individual Practices and Order.

    We thank the Court for its time and consideration in this matter.

SO ORDERED:

_____5/26/2020_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,
TROY LAW, PLLC
*Attorneys for Plaintiffs*
/s/ John Troy
John Troy

JT/eyc

Cc: *Via* ECF

    all counsel of record