USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIJUN GENG, on behalf of himself and on behalf of others similarly situated,

                Plaintiff,

- against -

SHU HAN JU RESTAURANT II CORP, d/b/a Hui Fu Chinese Cuisine, d/b/a Shu Han Ju, et al.,

                Defendants.
------------------------------------------------------------X

18-cv-12220 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     By March 3, 2021, the parties shall file a joint letter updating the Court as to the status of this case and the schedule (or a proposed schedule if there is no currently operative schedule) for any remaining deadlines that have not already expired.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2021
       New York, New York

Copies transmitted to all counsel of record.