USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
LIJUN GENG, on behalf of himself and on behalf of others similarly situated,

               Plaintiff,

- against -

SHU HAN JU RESTAURANT II CORP, d/b/a Hui Fu Chinese Cuisine, d/b/a Shu Han Ju, et al.,

               Defendants.
-------------------------------------------------------------X

18-cv-12220 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties have submitted a proposed pre-trial order addressed to the undersigned. (Dkt. 98.) In their case management plan, the parties indicated that they consented to the undersigned's jurisdiction for all purposes. (Dkt. 16.) However, the parties need to submit a formal consent form, executed by all parties, to be so-ordered by the District Judge. Accordingly, the parties shall file an executed consent form by September 30, 2021. When the consent form is submitted, the undersigned's Deputy will contact the parties to schedule a conference regarding trial.

               SO ORDERED.

               _____
               ROBERT W. LEHRBURGER
               UNITED STATES MAGISTRATE JUDGE

Dated: September 24, 2021
       New York, New York

Copies transmitted to all counsel of record.