```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:10/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIJUN GENG, on behalf of himself and on       :
behalf of others similarly situated,          :          18-cv-12220 (RWL)
                                              :
                           Plaintiff,         :          **ORDER**
                                              :
              - against -                     :
                                              :
SHU HAN JU RESTAURANT II CORP, d/b/a          :
Hui Fu Chinese Cuisine, d/b/a Shu Han Ju, et  :
al.,                                          :
                                              :
                           Defendants.        :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By October 14, 2021, the parties shall jointly file a letter setting forth (1) dates during December 2021, and January, February, and March, 2022 when the parties cannot be available for trial (bearing in mind that the parties have indicated trial may take up to 15 days), and (2) whether the parties would like the Court to refer the case to court-annexed mediation for potential resolution.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2021
       New York, New York

Copies transmitted to all counsel of record.