# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

December 1, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021
```

**Via ECF**
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Consent Motion to Extend Time to File Amended Pretrial Order, Motions in Limine, and Pretrial Memoranda of Law**
*Geng v. Shu Han Ju Restaurant II Corp.*, No. 18-cv-12220 (RWL), (S.D.N.Y.)

Your Honor,

We represent the Plaintiffs in the above-referenced matter. We write respectfully, and with the consent of Defense counsel, to request that the parties' deadlines to file an amended pretrial order, motions in limine, and pretrial memoranda of law be extended to December 17, 2021 due to the timing of the parties' first mediation session on December 3, 2021.

On October 13, 2021, the Court both Ordered the parties to mediation and set deadlines for the submission of an amended pretrial order (if any), motions in limine, and pretrial memoranda of law by December 1, 2021. *See* Dkt. No. 103. However, it transpired that the parties and the mediator scheduled their first mediation session for December 3, 2021.

Should the parties settle following mediation, the work put into the various pretrial submissions would be wasted. Mediation may also prompt further changes (for instance, in the event of a partial settlement, further amendment of the pretrial order may be necessary). Accordingly, the parties respectfully request that their deadlines to submit pretrial materials be adjourned to December 17, 2021 (14 days after the mediation session).

The deadline to respond to motions in limine would likewise move from December 15, 2021 to December 31, 2021. No other deadlines would be effected.

We thank the Court for its attention to and consideration of this matter.

Respectfully submitted,
TROY LAW, PLLC

 */s/ Aaron B. Schweitzer*
Aaron Schweitzer
*Attorney for Plaintiffs*

Hon. Robert W. Lehrburger, U.S.M.J.
December 1, 2021
*Geng v. Shu Han Ju Restaurant II Corp.*, No. 18-cv-12220 (RWL), (S.D.N.Y.)
Page 2 of 2

cc:  via ECF
    all counsel of record
    /asb

Extension granted.

SO ORDERED:

_____  12/02/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE