UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIJUN GENG, on behalf of himself and on
behalf of others similarly situated,

                      Plaintiff,

            - against -

SHU HAN JU RESTAURANT II CORP, d/b/a
Hui Fu Chinese Cuisine, d/b/a Shu Han Ju, et al.,

                    Defendants.
------------------------------------------------------------X

18-cv-12220 (PAE) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This Order concerns the consent to a magistrate judge filed by counsel. All party defendants must consent. By December 9, 2021, defense counsel should file a formal appearance listing every defendant he represents. Additionally, by that time, the parties shall file a joint letter identifying any unrepresented defendants and their status in the litigation.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: December 2, 2021
       New York, New York

Copies transmitted to all counsel of record.