```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LIJUN GENG, on behalf of himself and on      :
behalf of others similarly situated,         :     18-cv-12220 (RWL)
                                             :
                     Plaintiff,              :     ORDER
                                             :
          - against -                        :
                                             :
SHU HAN JU RESTAURANT II CORP, d/b/a         :
Hui Fu Chinese Cuisine, d/b/a Shu Han Ju, et :
al.,                                         :
                                             :
                     Defendants.             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Trial in this wage and hour case is scheduled to begin on February 9, 2022. On January 19, 2022, the Court held a pre-trial conference at which counsel appeared for Plaintiffs and for Defendants Tai Hung Chiu, John Hwang, Shu Han Ju Restaurant, LLC ("LLC Defendants"). During the conference it became apparent that no attorney appeared on behalf of the corporate entity defendant, Shu Han Ju Restaurant II Corp. ("Restaurant Corp.").

At the start of this case, Ronald M. Terenzi of Terenzi & Confusione, P.C. represented the LLC Defendants and Restaurant Corp. On January 10, 2022, attorneys from Hang & Associates PLLC filed appearances on behalf of the LLC Defendants but not on behalf of Restaurant Corp. On January 12, 2022, the Hang firm filed notices of substitution of counsel for the LLC Defendants, which the Court so-ordered the same day. (Dkt. 117, 119.)

In short, no substitution of counsel has been made for the Terenzi firm with respect to Restaurant Corp., and no new attorney has appeared on its behalf. The ECF docket

nonetheless indicates that, as of January 12, 2022, the Terenzi firm was terminated as counsel for Restaurant Corp. That appears to be in error.

Accordingly, by January 24, 2022, Mr. Terenzi shall file a letter addressing the foregoing, as well as Restaurant Corp.'s position, if any, with respect to trial and/or default.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 19, 2022
   New York, New York

Copies transmitted to all counsel of record.