UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

| | | |
|---|---|---|
| LIJUN GENG, on behalf of himself and on behalf of others similarly situated, | : | 18-cv-12220 (RWL) |
| Plaintiff, | : | **ORDER** |
| - against - | : | |
| SHU HAN JU RESTAURANT II CORP, d/b/a Hui Fu Chinese Cuisine, d/b/a Shu Han Ju, et al., | : | |
| Defendants. | : | |

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties still have not filed a settlement agreement for approval by the Court. Accordingly, the parties shall submit a settlement agreement for approval by the Court no later than August 25, 2022.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2022
New York, New York

Copies transmitted to all counsel of record.