# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW

Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

August 25, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2022
```

<u>Via ECF</u>
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:** **Plaintiffs Request for Extension of Time to Provide Signed Settlement Agreement**
           *Geng v. Shu Han Ju II Corp*, No. 18-cv-12220 (RWL), (S.D.N.Y.)

Your Honor,

    We represent the Plaintiffs in the above-referenced matter. We write with the defendant's consent and pursuant to Your Honors order dated August 11, 2022, that the parties are to provide their Settlement Agreement to the court by August 25, 2022. Plaintiff respectfully request for a two-week extension to provide the Settlement Agreement to the court, extending the day of the parties to provide the settlement to the court from August 25, 2022 to September 8, 2022. This is the parties first request and granting such request will not prejudice any party in the matter.

    Plaintiffs respectfully request for a small extension of time to provide the court with the settlement agreement for plaintiffs need a little bit more time for their clients to come in and sign the settlement agreement. Most of the plaintiffs have signed the settlement agreement with the exception of three and those three that have not signed, plaintiffs' counsel are in the process of having them come to plaintiffs' office to sign the settlement agreement. Defendants have signed the settlement papers and provided them to plaintiff so once plaintiffs have their last three plaintiffs sign the agreement, the parties will be able to file their settlement agreement.

    For the reasons stated above, plaintiff respectfully request for a brief extension of time to provide their settlement agreement to the case from August 25. 2022 to September 8, 2022.

    We thank the Court for its attention to and consideration of this matter.

                                              Respectfully submitted,
                                              TROY LAW, PLLC

                                              */s/ John Troy*
                                              John Troy
                                              *Attorney for Plaintiffs*

cc: via ECF
    all counsel of record
    /gd

SO ORDERED:

_/s/_ _____ 8/26/2022
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE