# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

September 8, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2022
```

**Via ECF**
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Unopposed Motion for Extension of Time to Submit Settlement Agreement
*Geng v. Shu Han Ju II Corp*, No. 18-cv-12220 (RWL), (S.D.N.Y.)

Your Honor,

We represent the Plaintiffs in the above-referenced matter. We write respectfully, to request that the time for Plaintiffs, and settling Defendants (the Parties) to submit a fully-executed settlement agreement be extended by eight days, to September 16, 2022. The deadline was most recently extended to September 8, 2022 on August 26, 2022 (*see* Dkt. No. 137). We have conferred with Defense counsel, and they take no position on this request.

As of August 26, 2022, three out of sixteen plaintiffs had yet to sign the agreement. Since August 26, 2022, we have obtained the signature of one of these three, but two remain outstanding. One of these two is out of state and both are difficult to communicate and coordinate with. However, there is no unwillingness on either of their behalf to sign the agreement, they simply require more time. As we wrote on August 25, 2022, all the appearing Defendants have signed the agreement.

Accordingly, we respectfully request that the time to submit a fully-executed settlement agreement be extended by eight days, to September 16, 2022

We thank the Court for its attention to and consideration of this matter.

Respectfully submitted,
TROY LAW, PLLC

*/s/ Aaron B. Schweitzer*
Aaron Schweitzer
*Attorney for Plaintiffs*

cc: via ECF
    all counsel of record
    /asb

SO ORDERED:

_____  9/11/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE